

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

The State of Texas,                              * From the 42nd District Court
                                                   of Coleman County,
                                                   Trial Court No. CR03197.

Vs. No. 11-24-00180-CR                           * January 30, 2025

Randall Lee Nix,                                 * Memorandum Opinion by Trotter, J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below.   Therefore, in accordance with this court's opinion, we reverse the order of the trial court and remand this cause to the trial court for further proceedings.